ANNIE KUYKENDALL ET AL., APPELLANTS, V. DOUGLAS
COUNTY ET AL., APPELLEES.

FILED MAY 1, 1915.  No. 18147.

The opinion in *Brown v. Douglas County, ante,* p. 299, is followed and
approved.

APPEAL from the district court for Douglas county:
ALEXANDER C. TROUP, JUDGE.  *Reversed with directions.*

*Brogan & Raymond,* for appellants.

*George A. Magney, Benjamin S. Baker, John A. Rine,
W. C. Lambert, L. J. TePoel* and *Charles Haffke, contra.*

BARNES, J.

This was an action to restrain the collection of that part
of the taxes assessed and levied on an increased valuation
of plaintiff's real estate in Douglas county, situated in the
city of Omaha.

The facts alleged in the petition were identical with those
contained in the opinion in *Brown v. Douglas county, ante,*
p. 299, except as to the description of the premises and the
amount of increased valuation.  A demurrer to plaintiff's
petition was sustained by the district court and plaintiff's
action was dismissed.  The appeal in this case is ruled by
our opinion in *Brown v. Douglas County, ante,* p. 299.

The judgment of the district court is reversed, with di-
rections to grant the plaintiff the relief prayed for in her
petition.

                              REVERSED AND REMANDED.

HAMER, J., not sitting.